# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0410

_____

GARY HARRISON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel –
Original Jurisdiction.

March 6, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gary Harrison, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.